UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WOODLARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REYNOLDS CONSUMER PRODUCTS INC. and REYNOLDS CONSUMER PRODUCTS LLC,<br><br>Defendants. | Case No.: 22-CV-1684 TWR (NLS)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 8, 9) |

Presently before the Court is Defendants' Motion to Transfer Venue to the Northern District of Illinois. (ECF No. 8.) The Court hereby **VACATES** the hearing set for March 9, 2022 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: March 6, 2023

_____
Honorable Todd W. Robinson
United States District Judge